# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Mrs. Eye'Keyla My. Carruthers Washington OCA# 122404

[You are the PLAINTIFF, print your full name on this line.]

v. LT. Martinez
Elkhart County Jail (ECJ)
Elkhart County Correctional Complex (ECCC)

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number: 3:23-cv-419

FILED MAY 17 2023
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | LT. Martinez | 26861 CR26 Elkhart IND 46517 |
| 2 | Elkhart County Jail (ECJ) | 26861 CR26 Elkhart IND. 46517 |
| 3 | Elkhart County Correctional Complex (ECCC) | 26861 CR26 Elkhart IND. 46517 |

1. How many defendants are you suing? 3

2. What is the name and address of your prison or jail? Elkhart County Correctional Complex (ECCC)/Elkhart County Jail (ECJ) 26861 CR26 Elk. IN 46517

3. Did the event you are suing about happen there? ● Yes  ○ No, it happened at: ____

4. On what date did this event occur? August 24, 2022

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
DO NOT: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [The first paragraph has been numbered for you.]

#1. LT. Martinez (DEPUTY); OFC. Osterday; OFC. Fitzgerald; ABANDONED Property (Legal Work); Discrimination; violation of 4th/amendment; 1st Amendment; 8th/amendment; 14th/Amendment; 5th/amendment.

#2. LT. Martinez has violated all merits of Count (#1) for the Reasonings Property of legal work from United States of America Northern District Division of South Bend Indiana. All legal dockets are locked inside Elkhart County Correctional Complex (ECC) and Elkhart County Jail (ECJ) at this point and time I amend factual evidence for the abandoned legal property. Demand of 900,000 of United States of America currency for Emotional distress and extradionary damages additionally punitive Relief. My Rights of All Capitalized in count #1 is Valid & Successful Violations and My Rights are affected. Under Penalties for perjury All Representation are trues under oath are Correct Information.

Mrs. Eye'Key 1A Mg. Carruthers, 3 Washington

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

**Claims and Facts (continued)**

My Undersigned Makes this a certified Contract with verification of a certificate to allow Suit of 900,000 United States of America Currency. Punitive damage Relief.

Mrs. Eye'Keyla My. Carruthers
(Washington)
OCA # D2404
JTA # 71781

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
- ○ Before I was confined.
- ● While I was confined awaiting trial.
- ○ After I was convicted while confined serving the sentence.
- ○ Other: _____

6. Have you ever sued anyone for this exact same event?
- ● No.
- ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
- ○ No, this event is not grievable at this prison or jail.
- ● Yes, I filed a grievance and attached is a copy of the response from the final step.
- ○ Yes, this event was grievable, but I did not file a grievance because Copies Sent To Internal Affairs 701 W. Sample Street South Bend Ind. 46601

8. If you win this case, what do you want the court to order the defendant(s) to do?
[NOTE: A case filed on this form will not overturn your conviction or change your release date.]

For Deputies (under Lt. Martinez) To Be Responsible For property of Arrestors). 900,000 United States of America Currency. For Relief of extradionary Emotional distress and punitive damage 900,000 United States of American Currency total.

[Initial Each Statement]
- EmCW  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
- EmCW  I will keep a copy of this complaint for my records.
- EmCW  I will promptly notify the court of any change of address.
- EmCW  I WILL NOT send more than one copy of any filing to the court.
- EmCW  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
- EmCW  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 8 / 24 / 20 22 at 10 am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

Mrs. Eve Keys My. Carruthers Washington    OCA #122404
Signature                                   Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]